UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITRIN PREFFERRED INSURANCE, COMPANY ) ) ) Plaintiff, ) ) v. ) ) SANDRA HOLLOWAY, et al., ) ) Defendants. ) | No. 4:12CV00847AGF |

## MEMORANDUM AND ORDER

Plaintiff having established by affidavit that Defendant April Barnes has failed to answer or otherwise respond,

**IT IS HEREBY ORDERED** pursuant to Federal Rule of Civil Procedure 55(a), that the Clerk of the Court shall enter a default as to Defendant April Barnes.

**IT IS FURTHER ORDERED** that Defendant April Barnes shall show cause in writing and not later than **August 25, 2012**, why a judgment of default should not be entered against her herein.

**IT IS FURTHER ORDERED** that Plaintiff shall file, not later than **August 25, 2012**, all affidavits, exhibits, etc. necessary to support its request for a judgment of default against Defendant April Barnes.

**IT IS FURTHER ORDERED** that Plaintiff's motion to stay proceedings is **DENIED**. (Doc. No. 14.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 25th day of July, 2012.